UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-22841-CIV-MARTINEZ-BECERRA

BANTU UNGURU and DORINA UNGURU,

    Plaintiffs,

vs.

AL MAGIC BAIL BONDS/FIANZAS, LLC,
AMERICAN SURETY COMPANY, and
SHERRI DWYER, in her capacity as the
Personal Representative of the Estate of Wayne
David Collins,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on counsel for Defendant A1 Magic Bail Bonds/Fianzas, LLC ("A1")'s Motion to be Excused from Attending Hearing set for March 23, 2023, or in the Alternative, to Continue Hearing ("Motion"). (ECF No. 58).

After Plaintiffs' counsel filed a motion to withdraw, the Court set a hearing on the motion for March 16, 2023. None of the Defendants appeared or moved to be excused from attending the hearing. As a result, the Court continued the hearing until March 23, 2023. Now, counsel for A1 moves to be excused from the rescheduled hearing, or to continue the hearing, due to a pre-scheduled vacation. The Court will not excuse A1's attendance, or any of the other Defendants for that matter. As noted in prior orders, this case has been stalled for over a year due to the death of Mr. Collins, and the parties have *again* missed the deadline to complete mediation. The Court

does not condone Defendants' failure to appear at the prior hearing, or the parties general lack of diligence in litigating this case.

It is hereby **ORDERED AND ADJUDGED** that the Motion, (ECF No. 58), is **DENIED WITHOUT PREJUDICE**.  The Court will consider rescheduling the hearing if and when the parties can offer mutually agreed upon dates for a hearing on Plaintiffs' counsel's motion to withdraw.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of March, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record